| | |
|---|---|
| Scott M. Plamondon, State Bar No. 212294<br>Brendan J. Begley, State Bar No. 202563<br>**weintraub** tobin chediak coleman grodin<br>a law corporation<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA  95814<br>(916) 558-6000 – Main<br>(916) 446-1611 – Facsimile<br><br>Attorneys for Defendant<br>Walgreen Income Protection Plan<br>for Store Managers | Dated:   6/20/2013<br><br>*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]* |

Robert J. Rosati, State Bar No. 112006
Thornton Davidson, State Bar No. 166487
ERISA Law Group LLP
2055 San Joaquin Street
Fresno, CA  93721
(559) 256-9800 – Tel
(559) 256-9800 – Fax

Attorneys for Plaintiff
VANESSA WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VANESSA WONG,<br><br>          Plaintiff,<br><br>     vs.<br><br>WALGREEN INCOME PROTECTION<br>PLAN FOR STORE MANAGERS,<br><br>          Defendant. | Case No.  CV 13 1884 MEJ<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, Defendant Walgreen Income Protection Plan for Store Managers ("Defendant") and Plaintiff Vanessa Wong, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On May 9, 2013, Defendant was served with Plaintiff's Complaint alleging denial of disability benefits in violation of the Employment Retirement Income Security Act.

2. On May 22, 2013, counsel of record for Defendant and counsel of record for Plaintiff agreed to a twenty-one (21) day extension of time for Defendant to file a pleading in response to the Complaint.

3. On June 19, 2013, counsel of record for Defendant and counsel of record for Plaintiff agreed to a seven (7) day extension of time for Defendant to file a pleading in response to the Complaint.

4. Defendant will file a pleading in response to Plaintiff's Complaint on or before June 27, 2013.

4. This Stipulation to Extend Time to File Responsive Pleading will not alter the date of any event or any deadline fixed by this Court as no such date of any event or deadline has been fixed by this Court.

Dated:  June 19, 2013          Respectfully submitted,

**weintraub** tobin chediak coleman grodin
a law corporation

By:   /s/ Brendan J. Begley
        Scott M. Plamondon
        Brendan J. Begley
        Attorneys for Defendant Walgreen Co.

Dated:   June 19, 2013          ERISA Law Group LLP

By:   /s/ Robert J. Rosati (*approved on 6/19/13*)
        Robert J. Rosati
        Thornton Davidson
        Attorneys for Plaintiff Vanessa Wong

{1646831.DOC;}              2              Second Stip. to Extend Time to File Resp. Pleading